| | |
|---|---|
| 1 | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BOBBY STARNES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN J. McCANN, GIRARDI \| KEESE; AND DOES 1-180,<br><br>　　　　Defendant. | Case No. 2:15-CV-01511-AB (AJWx)<br><br>**[PROPOSED]** **ORDER RE: STIPULATION FOR DISMISSAL** |
| SHAWN J. McCANN, GIRARDI \| KEESE,<br><br>　　　　Defendant/Cross-Complainants,<br><br>　　v.<br><br>JAMES P. WOHL, an individual; LAW OFFICES OF JAMES P. WOHL, a law firm, form entity unknown,<br><br>　　　　Cross-Defendants. | |

///

///

1

Having read and considered the Stipulation re: Dismissal, and

WHEREAS at the Mediation hearing on August 7, 2018 before mediator Joseph E. Thielen in the matter of *Bobby Starnes v. James Ronald Pollard, et al.,* Superior Court of California, County of San Bernardino Case Number CIVRS 1105986, Bobby Starnes and James. P. Wohl settled the malpractice claim against Mr. Wohl.

WHEREAS in light of the settlement, Mr. Starnes has agreed to stipulate to dismissal with prejudice of the entire action including any and all cross claims in the matter of *Bobby Starnes v. Shawn J. McCann, et al.,* United States District Court Case Number: 2:15-cv-01511-AB (AJWx).

IT IS HEREBY ORDERED THAT:

The matter of *Bobby Starnes v. Shawn J. McCann, et al.,* United States District Court Case Number: 2:15-cv-01511-AB (AJWx) shall be dismissed with prejudice of the entire action including any and all cross claims.

DATED: September 04, 2018            Hon. André Birotte Jr.